1 | ROBERTA L. STEELE, CA Bar No. 188198
LAURA L. HO, CA Bar No. 173179
2 | JESSICA BECKETT-MCWALTER, CA Bar No. 233238
GOLDSTEIN, DEMCHAK, BALLER,
3 |    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
4 | Oakland, CA 94612
(510) 763-9800
5 | (510) 835-1417 (fax)

6 | Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHZAD MOUSAI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>E-LOAN, INC., and DOES 1-10, inclusive,<br><br>Defendants. | **CLASS/COLLECTIVE ACTION**<br>Case No. C 06-01993 SI<br><br>**[REVISED PROPOSED] ORDER REGARDING PRELIMINARY APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT**<br><br>Date: January 11, 2007<br>Time: 4 p.m.<br>Dept: Courtroom 10, 19th Floor<br>Judge: Honorable Susan Illston |

---

[REVISED PROPOSED] ORDER REGARDING PRELIMINARY APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT -
CASE NO. C 06-01993 SI

1  WHEREAS, this action is pending before this Court as a putative class action (the "Action");
2  and WHEREAS, Class Counsel have applied to this Court for an order preliminarily approving the
3  settlement of the Action in accordance with a Stipulation and Settlement Agreement of Class Action
4  Claims (the "Stipulation" or "Settlement") (annexed as Exhibit 1 hereto), which, together with the
5  exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement and dismissal of
6  the Action with prejudice upon the terms and conditions set forth therein; and the Court having read
7  and considered the Stipulation and the exhibits annexed thereto, and having heard the oral
8  presentations of Plaintiff's Counsel and Defendant's Counsel at a hearing on January 11, 2007,
9  HEREBY ORDERS THE FOLLOWING:

10  1. This Order incorporates by reference the definitions in the Stipulation, and all terms
11  defined therein shall have the same meaning in this Order as set forth in the Stipulation.

12  2. The Court grants preliminary approval of the Settlement based upon the terms set forth
13  in the Settlement filed herewith. The Settlement set forth in the Stipulation and Settlement Agreement
14  appears to be fair, adequate, and reasonable.

15  3. The Court orders the following schedule of dates for further proceedings:

| | | |
|---|---|---|
| a. | First mailing of Notice & Claim Form/Consent to Join Form to the Class | No later than February 12, 2007 [No later than 30 days after Preliminary Approval] |
| b. | Follow-up mailing to Class (when mail returned) | Within 3 days after receipt of returned mail |
| c. | Follow-up mailing to Class (when defective Claim Form/Consent to Join Form submitted) | Within 3 days after receipt of returned mail |
| d. | Reminder mailing by Claims Administrator to persons from whom it has not received a Claim Form/Consent to Join Form, with duplicate Claim Form/Consent to Join Form included | March 23, 2007 [21 days before Claims Deadline] |
| e. | Class Counsel to file a motion requesting payment of attorneys' fees and expenses | March 23, 2007 |

1

[REVISED PROPOSED] ORDER REGARDING PRELIMINARY APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT - CASE NO. C 06-01993 SI

| | | |
|---|---|---|
| f. | Deadline to postmark Proof of Claim | April 13, 2007 [60 days after Notice Mailing] |
| g. | Deadline to serve Objections | April 13, 2007 [60 days after Notice mailing] |
| h. | Deadline for filing Notice of Appearance to Object and Objections to Settlement or motion for payment of attorneys' fees and expenses | April 13, 2007 [60 days after Notice mailing] |
| i. | Deadline to opt out of California law claims | April 13, 2007 [60 days after Notice mailing] |
| j. | Deadline for serving and filing motion for Final Approval of Settlement and any Responses to Objections | May 14, 2007 [30 days after Claims Deadline] |
| k. | Final Approval Hearing | May 30, 2007 |
| l. | Payment of Settlement Awards | Within ten (10) days of the Effective Date |
| m. | Payment of Service and Tolling Awards | Within ten (10) days of the Effective Date |
| n. | Payments of Attorney's Fees and Expenses to Class Counsel | Within ten (10) days of the Effective Date |
| o. | Administrator files certification of completion of administration of Settlement | Within 270 days of Effective Date |

4. The Court approves, as to form and content, the Claim Form/Consent to Join Form attached to the Settlement as Exhibit A. The Court also approves, as to form and content, the revised Settlement Class Notice, attached hereto as Exhibit 2. The Court finds that the dates selected for the mailing and distribution of the Notice and Claim Form/Consent to Join Form, as set forth in paragraph 3, *supra*, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

5. The Court preliminarily certifies the Settlement Class under both FLSA, 29 U.S.C. Section 216(b) and Federal Rule of Civil Procedure 23.

6. The Court preliminarily approves the Maximum Settlement Amount, plus the employer's share of payroll taxes on any Settlement Amounts, for Settlement of the instant class action.

7. The Court appoints Plaintiff's Counsel as Class Counsel.

8. The Court preliminarily appoints Plaintiff Mousai as Class Representative for purposes of Settlement.

9. The Court preliminarily approves the requested Service Award.

10. The Court preliminary approves the requested Tolling Awards.

11. The Court authorizes Class Counsel to file a motion by March 23, 2007 requesting payment of attorneys' fees and expenses to be deducted from the Maximum Settlement Amount.

12. The Court hereby appoints Rosenthal & Co., as Claims Administrator and approves the costs of claims administration, up to $60,000, be deducted from the Maximum Settlement Amount, and hereby directs the Claims Administrator to mail or cause to be mailed to Class Members the Settlement Class Notice and Claim Form/Consent to Join Form by first class mail within 30 days after the entry of this Preliminary Order using the procedures set forth in the Stipulation.

IT IS SO ORDERED this \_\_\_\_ day of January 2007.

_____
THE HONORABLE SUSAN ILLSTON