# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
AMENDED
<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>5/30/07</u>

Case No.   <u>C-06-1993SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>MOUSAI</u> -v- <u>E-LOAN</u>

Attorneys: L. Ho, D. Borgen, Steele, Kani & Ridley

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter: C. Kuhl

## **PROCEEDINGS**

1)   <u>Motion to Approve Class Settlement (FINAL) - HELD</u>

2)   _____

3)   _____

Order to be prepared by:  ( X )Pltf    ( )Deft   ( )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: