UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AMENDED
CIVIL PRETRIAL MINUTES

Date: 5/30/07

Case No.   C-06-1993SI           Judge:   SUSAN ILLSTON

Title: MOUSAI -v- E-LOAN

Attorneys: L. Ho, D. Borgen, Steele, Kani & Ridley

Deputy Clerk:  Tracy Sutton   Court Reporter: C. Kuhl

**PROCEEDINGS**

1)   Motion to Approve Class Settlement (FINAL) - HELD

2) _____

3) _____

Order to be prepared by:  ( X )Pltf    (  )Deft    (  )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: